IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 21-54 |
| | : | |
| QUINTEL MARTINS, et al. | : | |

## **ORDER**

AND NOW, this 15th day of July, 2022, upon consideration of Defendants Quintel Martins and DeAndre Jacksons' Motions to Suppress Physical Evidence, the Government's response in opposition, and for the reasons stated in the accompanying memorandum opinion, it is ORDERED the Motions (Documents No. 35, 42) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.